UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JAY SILVERSTEIN,

                                        Plaintiff,

            -against-

LAWRENCE UNION FREE SCHOOL DISTRICT
NUMBER 15, the BOARD OF EDUCATION OF
THE LAWRENCE UNION FREE SCHOOL
DISTRICT NUMBER 15, MURRAY FORMAN,
DAVID SUSSMAN, ASHER MANSDORF,
MICHAEL HATTEN, URI KAUFMAN, NAHUM
MARCUS, JOHN FITZSIMONS, Individually and in
their Official Capacities,

                                        Defendants.

-------------------------------------------------------------x

Docket: CV-10-0993
(WFK)(WDW)


**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

 

**IT IS HEREBY STIPULATED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the claims asserted by plaintiff in the above-entitled action are hereby discontinued with prejudice as against defendants, without costs or attorneys' fees to any party as against another.

1

**IT IS FURTHER AGREED** that a facsimile/scanned copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court without further notice.

DATED: Carle Place, New York
June 18, 2013

LEEDS BROWN LAW, P.C.                    SOKOLOFF STERN LLP

By: _____            By: _____
MATTHEW WEINICK                          ANTHONY F. CARDOSO
*Attorneys for Plaintiff*                *Attorneys for the Defendants Lawrence*
One Old Country Road                     *Union Free School District Number 15,*
Carle Place, NY 11514                    *The Board of Education of The*
(516) 873-9550                           *Lawrence Union Free School District*
                                         *Number 15, Murray Forman, David*
                                         *Sussman, Asher Mansdorf, Michael*
                                         *Hatten, Uri Kaufman, and Nahum*
                                         *Marcus*
                                         179 Westbury Avenue
                                         Carle Place, NY 11514
                                         Our File No. 100019
                                         (516) 334-4500

DEVITT SPELLMAN BARRETT, LLP

By: ___/s/_____
DAVID H. ARNTSEN
*Attorneys    for    Defendant    John*
*Fitzsimons*
50 Route 111, Suite 314
Smithtown, New York 11787
(631) 724-8833

**SO-ORDERED:**
s/WFK

_____
U.S.D.J.

2